FILED'08 SEP 03 16:33 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VESTAS-AMERICAN WIND, )
TECHNOLOGY, INC., a California )
Corporation, )
  )
                Plaintiff, )
  )   Civil Case No. 07-1651-PK
   v. )
  )   O R D E R
BEAIRD COMPANY, LTD., a Louisiana )
company, BEAIRD INDUSTRIES, INC., a )
Delaware corporation, and DOE )
DEFENDANT, )
  )
                Defendant. )
_____ )

    John D. Vandenberg
    Scott E. Davis
    Klarquist Sparkman, LLP
    One World Trade Center
    121 S. W. Salmon Street, Suite 1600
    Portland, Oregon 97204

Page 1 - ORDER

Christopher L. Ogden
Robert E. Krebs
Ronald F. Lopez
Thelen Reid Brown Raysman & Steiner
101 Second Street, Suite 1800
San Francisco, California  94105

    Attorneys for Plaintiff

Johnathan E. Mansfield
Christopher C. Dorr
Schwabe Williamson & Wyatt, PC
1600-1900 Pacwest Center
1211 S. W. Fifth Avenue
Portland, Oregon  97204

Samuel J. Blustein
Hirsch & Westheimer, P. C.
700 Louisiana, 25th Floor
Houston, Texas  77002

Christopher M. Faucett
Edward W. Goldstein
Goldstein & Faucett, LLP
1177 West Loop South, Suite 400
Houston, Texas  77027

    Attorneys for Defendants

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on August 11, 2008.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#56).

IT IS HEREBY ORDERED that Defendant Beaird's Motion to Dismiss for Lack of Personal Jurisdiction and its Request for Transfer (#16) are denied. Defendant BII's Motion to Dismiss and Alternative Request for Transfer of Venue (#16) is moot.

DATED this 3rd day of September, 2008.

　　　　　　　　　　／s／ Garr M. King
　　　　　　　　　　GARR M. KING
　　　　　　　　　　United States District Judge